UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

EDWARD HUDSON,

                      Plaintiff,

-against-

A-1 TOWING AND AUTO REPAIR INC. A/K/A
A1 TOWING NYC A/K/A FAST TOWING NY,
RABA ABRAMOV, RONY ABRAMOV A/K/A
RONY ABRAMOVE, and ISSA MBENGUE,

                      Defendants.
---------------------------------------------------------------x

No. 24 Civ. 7038 (JGLC) (HJR)

**JUDGMENT**

WHEREAS, on July 17, 2025, Defendants A-1 TOWING AND AUTO REPAIR INC. A/K/A A1 TOWING NYC A/K/A FAST TOWING NY, RABA ABRAMOV, RONY ABRAMOV A/K/A RONY ABRAMOVE, and ISSA MBENGUE ("Defendants") served Plaintiff EDWARD HUDSON with an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00); and

WHEREAS on July 19, 2025, Plaintiff EDWARD HUDSON served Defendants with an acceptance of said Rule 68 offer of judgment;

NOW, therefore, JUDGMENT is hereby entered in favor of Plaintiff EDWARD HUDSON against Defendants A-1 TOWING AND AUTO REPAIR INC. A/K/A A1 TOWING NYC A/K/A FAST TOWING NY, RABA ABRAMOV, RONY ABRAMOV A/K/A RONY ABRAMOVE, and ISSA MBENGUE in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00).

The Clerk of Court is respectfully directed to enter judgment in Plaintiff's favor as set forth above.

Dated: July 30, 2025
      New York, New York

_Jessica Clarke_
JESSICA G. L. CLARKE
United States District Judge